RECEIVED
APR 13 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Angela Nails _____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
- vs - )
) Case No. _____
The YMCA Greater Kansas ) (To be assigned by Clerk
City _____ ) of District Court)
)
_____ )
_____ )
_____ )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I.  State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

The Defendant owe to The Plaintiff more than the amount allowed $75,000.00 to begin a civil district case. Because The violation under The Federal Rules of not following a Contract Agreement. $300,000,000.00 Plaintiff damage.

II. Plaintiff, Angela Nails resides at 15406 Bellaire Ave Apt M, Grandview, Jackson,
street address / city / county
MO, 64030, (816) 425-5156
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, The YMCA of Greater Kansas City lives at, or its business is located at
3100 Broadway, Ste 1020, KC, Jackson,
street address / city / county
MO, 64111.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The defendant and The Plaintiff Sign a Contract month to month. Later The Defendant decision not to follow The Contract Agreement. Charging The Plaintiff The same monthly membership. Shorting The hours of The use of The YMCA from when The Operation hours of every KC, KS and KC MO YMCA are open to 3 hours a day and 3 days a week. After making Several Complaints about The lights not Kept on in The Sauna/Steam Womean not Wearing The Proper Clothing The Cursing from The Management asking The Plaintiff to leave The building. And The attact from a YMCA Employee. The Defendant fail to Comply with Contract Rights of a Member and firing employees for verbal/Physical abuse of a Membership. The 8th street KCKS employees and The Platteville, Mo employee Pat - Front Desk.

3

V.   Relief: State briefly and exactly what you want the Court to do for you.

1) Fiver 3 Employees
2) Read What The Contract Covers and what is wrong with the actions of The responsable Person who is to inferce membership damages paid to The Plaintiff
3) Damages - Puntive, Compensation, Pain/suffer, Medical bills & transportation.

VI.  **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]                    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

The action of The Defendant are aganist The Federal Rule(s).

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]                    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of April, 2015

Angela Nails

Signature of Plaintiff(s)

4

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI

Angela Nails,
    Plaintiff,
Vs.                                            Case Number
YMCA Greater Kansas City,
    Defendant,

## YMCA GREATER KANSAS CITY ADMINSTRATIVE DUTIES

The Defendant is not capable of taking great care of the Defendant administrative duties and problems for the YMCA Greater Kansas City. The problems of the Defendant are not sharing time with the members to resolve the problems at the same time the problems are happen it is the duties and the responsible of the YMCA Greater Kansas City to handle the day to day member's activities and complaints. The duties of employees are to give good information to the members of how the other members are to treat each other. There administrative duties of the employees are to allow each of the members the same opportunities to enjoy what physical activities the YMCA has for enjoyment while visiting the program. The Defendant discriminated.

The Plaintiff was never treated the same as all of the other members of the YMCA. During the time the Plaintiff membership with the Defendant was at the 8th Street YMCA in Kansas City, Kansas the Director David Byrd limited the Plaintiff YMCA membership visits. The Director David Byrd did not lower the fees of being a member but continued to charge the Plaintiff the same membership fees while the Plaintiff was not allowed to visit all of the YMCA's in the Greater Kansas City, Kansas. On March 14, 14 the Plaintiff was allowed to enter into the Platt City, Missouri YMCA because there is limitations to revisit the 8th Street only if the Plaintiff would agree to the terms of limited membership visits three days every week for three hours on the three days a week but the Plaintiff did not agree on set up of the visits.

The Platt City, Missouri YMCA the Plaintiff entry to the YMCA an employee working at the Platt City, Missouri YMCA attacked the Plaintiff grabbing the bunch of keys with key tags rapped and covers around my right hand.

The YMCA employee grabs the keys with key tags from me injuring my right hand. I have had medical treatment because of the injury the YMCA employee cause me to have treat to the right hand because the Plaintiff hand was swollen and in pain the Plaintiff is seeking damages for her injury from the employee and Criminal Arrest.

## FEDERAL TITLE

Title IX is base on sex and the sexual orientation of an individual calling this harassment. The members of the YMCA mocked me for not wanting to show my sex in the locker room. I was mocked because I would follow the policy for the YMCA to have on lite wear clothing when entering into the spa is when using the sauna/steam. The Mexican would say the Niger is going to start trouble because we are not wearing the proper clothing in the sauna. Federal Rule Bullying

## DAMAGES

The Plaintiff is seeking medical bill cost recovery, pain and suffering recovery, travel mileage recovery to and from medical appointments, seeking legal help with the Plaintiff complaint from attorney cause damages to seeking legal help when the Plaintiff did not need legal help because there was nothing medical injured the right hand of the Plaintiff. The damage amount is more than $ 300,500,000.00. The Plaintiff arrives at the Plaintiff damages:

(1) Federal Title Bullying

(2) Charges member the contract agreement membership original fees when terms of membership agreement is not enforce and being completed between the member and the YMCA on the same visit days and the hours of when the member is to visit the YMCA is open and then the days and times to visit the YMCA the member is limited and days and time to visit the YMCA but charged the same amount of membership fees at the monthly rate the member is already having debited form the members checking account.

(3) The harassment of a Missouri Kansas employee who grabs keys from the members hand injuring the members right hand and the member needed treatment from the ER and Physical Theory for four weeks because of swelling and poor movement of motivation to hold, pick and sit things down using the member right hand use.

(4) The member's complaints about YMCA policy when using the Spa Area cause the management staff to reject the Plaintiff- membership base on the Plaintiff being wrongful doing not following the Contract Agreement per signing to become a YMCA member.

(5) It was not fault of the member that her complaint were good complaints and the maintance staff and the management staff is willing to keep the member as a member of the YMCA but on the wrong terms.

(6) The Director were asking the member who is the Plaintiff to be a member on a 3 month trail bases without changing any payment cost while the YMCA would ask the member to follow terms with changing the member contract of coming into the YMCA two hours a day three days a week.

The following dose warrant the Plaintiff who is the member to agree with the Management of the YMCA of the member was bully assaulted and harass with doing anything to the other members doing the bulling the assaulting and harassing to the member. The other members were Mexican or White employees who were use to discriminate toward the member of the YMCA the Plaintiff is the member of the YMCA.

DEFENDANT SERVICE ADDRESS

The YMCA Of Greater Kansas City 3100 Broadway Suite 1020 Kansas City, Missouri 64111.

*Angela Nails*

ANGELA NAILS
15406 BELLAIRE AVENUE APARTMENT M
GRANDVIEW, MISSOURI 64030
(816) 425-5156 HOME PHONE

NOTICE OF SERVICE

The Plaintiff used United State mail on April 8, 2015 to mail the Plaintiff Complaint to U.S. District Court For The Eastern District of Missouri at 111 South 10th Street Saint Louis, Missouri 63102.

_____
ANGELA NAILS
15406 BELLAIRE AVENUE APARTMENT M
GRANDVIEW, MISSOURI 64030
(816) 425-5156 HOME PHONE